703 A.2d 708

COMMONWEALTH of Pennsylvania, Respondent,

v.

Albert Thomas MALLIA, Petitioner.

No. 662 M.D. Allocatur Docket 1997.

Supreme Court of Pennsylvania.

Dec. 22, 1997.

ORDER

AND NOW, this 22nd day of December, 1997, the Petition For Allowance of Appeal is herewith non-prossed for failure to make service on respondent. Pa.R.A.P., Rule 3115.